RICHARD E. QUINTILONE II (SBN 200995)
LAUREL N. HOLMES (SBN308515)
ALEJANDRO QUINONES (SBN 324244)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630
TELEPHONE:    (949) 458-9675
FACSIMILE:    (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; LNH@QUINTLAW.COM, AXQ@QUINTLAW.COM

Attorneys for Plaintiff, DANIEL JORDAN on behalf of himself and on behalf of a Class of all other persons similarly situated. [*Additional counsel listed below*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JORDAN, on behalf of himself and on behalf of a Class of all other persons similarly situated<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL PAGE INTERNATIONAL, INC., a Delaware Corporation; C&D ZODIAC, INC. dba ZODIAC AEROSPACE, a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>　　Defendants. | **Case No: 8:18-CV-01328-JVS-DFMx**<br>**CLASS ACTION**<br>**Assigned For All Purposes To:**<br>**Hon. James V. Selna**<br>**Ctrm.: 10C**<br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Motion; Declarations of Daniel Jordan, Mckenna Snow, Richard E. Quintilone, II, Roger R. Carter and Marc Phelps; [Proposed] Order Granting Motion]<br><br>Date: June 29, 2020<br>Time: 1:30 PM<br>Ctrm.: 10C<br><br>Complaint Filed: June 5, 2017<br>FAC Filed: October 17, 2017<br>Removed: July 30, 2018<br>SAC Filed: November 14, 2019 |

-1-

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**ADDITIONAL COUNSEL FOR PLAINTIFF:**

ROGER CARTER (SBN 140196)
BIANCA A. SOFONIO (SBN 179520)
**THE CARTER LAW FIRM**
23 CORPORATE PLAZA DRIVE, SUITE 150
NEWPORT BEACH CA 92660
TELEPHONE: (949) 245-7500
EMAIL: RCARTER@CARTERLAWFIRM.NET; BIANCA@CARTERLAWFIRM.NET

MARC H. PHELPS (SBN 237036)
**THE PHELPS LAW GROUP**
23 CORPORATE PLAZA DRIVE, SUITE 150
NEWPORT BEACH CA 92660
TELEPHONE NO. (949) 629-2533
FACSIMILE NO. (949) 629-2501
EMAIL: MARC@PHELPSLAWGROUP.COM

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2      **NOTICE IS HEREBY GIVEN** that, on **June 29, 2020**, at **1:30 p.m.** in the
3  United States District Court, Central District of California, Santa Ana Division located
4  at 411 West 4th Street, Santa Ana, California 92701-4516, in Courtroom 10C, before
5  the Honorable James V. Selna, Plaintiff DANIEL JORDAN ("Plaintiff"), on behalf of
6  himself and other similarly situated non-exempt California employees of Defendants
7  MICHAEL PAGE INTERNATIONAL, INC., a Delaware Corporation; C&D
8  ZODIAC, INC. dba ZODIAC AEROSPACE, a Delaware Corporation (collectively
9  known as ("MPI") will and hereby does move this Court for final approval of the
10 parties' Settlement Agreement and requesting entry of an order certifying the collective
11 class action claims under Rule 23 of the Federal Rules of Civil Procedure.

12     The basis for this Motion is that the proposed settlement is fair, adequate, and
13 reasonable and in the best interests of the Class as a whole, and the procedures
14 proposed by the parties are adequate to ensure the opportunity of class members to
15 participate in, opt out of, or object to the settlement.  The Court has already
16 preliminarily approved the Settlement, and the Settlement Administration has been
17 completed successfully and provides reasonable compensation to Plaintiff and the
18 Class Members for their claims against Defendants.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1   This Motion is based upon this Notice, the Memorandum of Points and
2   Authorities, the Declaration of Class Counsel, Richard E. Quintilone II, Esq., Roger R.
3   Carter and Marc Phelps, the Declaration of Class Representative, Daniel Jordan, and
4   Claims Administrator, McKenna Snow, filed herewith, the previously filed motion for
5   preliminary approval documents, including the Stipulation of Resolution ("Settlement
6   Agreement') *Docket No.* 27, attachment #2 Exh. A, and other exhibits filed therewith,
7   all other pleadings and records on file in this action, and the presentations of counsel.

Dated: June 1, 2020            **QUINTILONE & ASSOCIATES**

By: _____
RICHARD E. QUINTILONE II,
LAUREL N. HOLMES,
ALEJANDRO QUINONES
Attorney for Plaintiff DANIEL JORDAN,
on behalf of himself and on behalf of a
Class of all other persons similarly
situated

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **the date below**, I served the foregoing document(s):
**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_\_\_ *(BY ELECTRONIC SERVICE)* I delivered each such document by electronic means pursuant to California Civil Code, Code of Civil Procedure, the Local Rules and/or FRCP § 5(b)(2), et seq.

Executed on **June 1, 2020** at Lake Forest, California.

\_\_\_\_x\_\_\_\_ (**FEDERAL**) I declare under penalty of perjury that the above is true and correct.

\_\_\_ \_\_\_\_ (**STATE**) I declare under penalty of perjury that the above is true and correct.

_____
ALEJANDRO QUINONES, ESQ.

-1-

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Boris Sorsher<br>Bret Martin<br>FISHER & PHILLIPS LLP<br>2050 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152<br><br>Attorneys for Defendant,<br>MICHAEL PAGE INTERNATIONAL, INC. | Counsel for Defendant Michael Page International |
| Marc H. Phelps, Esq.<br>**THE PHELPS LAW GROUP**<br>23 Corporate Plaza Drive, SUITE 150<br>Newport Beach CA 92660<br>Tel.: (949) 629-2533<br>Fax: (949) 629-2501<br>Email: marc@phelpslawgroup.com | Co- Counsel for Plaintiff and Class Daniel Jordan |

Roger Carter Esq.
Bianca A. Sofonio Esq.
**THE CARTER LAW FIRM**
23 Corporate Plaza Drive, Suite 150
Newport Beach CA 92660
Telephone: (949) 629-2565
Email: rcarter@carterlawfirm.net; bianca@carterlawfirm.net

**Q&A File No. 17.01299**

PROOF OF SERVICE